# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-02725-JVS (DFM) | Date: | November 24, 2020 |
| Title | Allan Scott v. County of Los Angeles et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On June 18, 2020, the Court directed service of process on Deputy Giancarlo Scotti of the Los Angeles County Sheriff's Department in his individual capacity. See Dkt. 21. On July 7, 2020, the United States Marshals Service filed a USM-285 Process Receipt and Return form regarding efforts to serve Defendant Scotti. See Dkt. 23. The Deputy Marshal who signed the form indicated that Scotti "is no longer employed by LASD." Id.

On August 27, 2020, the Court authorized Plaintiff to submit depositions upon written questions to the Los Angeles County Sheriff's Department (LASD) to determine Scotti's last known address for service of process. See Dkt. 25. See id. On October 5, 2020, the Court granted Plaintiff's request for an extension and ordered him to serve his deposition questions and file a copy with the Court on or before October 23, 2020.

This extended deadline has passed and the Court has not received anything from Plaintiff. **Accordingly, Plaintiff is ordered to show cause within fourteen (14) days why this case should not be dismissed for failure to prosecute and failure to make service. Complying with the Court's October 5 order by filing a copy of deposition questions would be sufficient to discharge this order.**